# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KAREEM JONES** | : | **NO. 10-307** |

# O R D E R

**AND NOW**, this 30th day of May, 2012, upon consideration of the motion of Kareem Jones to Suppress Physical Evidence (Doc. No. 49) and the Government's opposition to the motion, together with the evidentiary hearing and additional briefing relating to the motion, it is hereby **ORDERED** that the Motion (Doc. No. 49) is **DENIED** for the reasons outlined in the accompanying Memorandum.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge